SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
  Randolph P. Sinnott, #107301
  rsinnott@spcclaw.com
  Debra R. Puebla, #126934
  dpuebla@spcclaw.com
550 S. Hope St., Suite 2350
Los Angeles, California 90071-2618
Tel.: (213) 996-4200; Fax: (213) 892-8322

Attorneys for AMERICAN ZURICH INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AMERICAN ZURICH INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JAMES N. GRAY COMPANY; GRAY-I.C.E. BUILDERS, INC.; I.C.E. BUILDERS, INC.; LIBERTY MUTUAL INSURANCE COMPANY; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA; VALLEY FORGE INSURANCE COMPANY; SAFECO INSURANCE COMPANY OF AMERICA; ST. PAUL FIRE AND MARINE INSURANCE COMPANY; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendant. | Case No. 8:13CV1966 AG (JPRx)<br><br>**Hon. Andrew J. Guilford**<br><br>**JUDGMENT IN FAVOR OF AMERICAN ZURICH INSURANCE COMPANY AGAINST TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA AND ST. PAUL FIRE AND MARINE INSURANCE COMPANY** |

Pursuant to Stipulation consenting to a Trial by the Court and on the Court's own motion, a Bench Trial was held on June 24, 2015. Proposed Findings of Fact and Conclusions of Law and trial briefs were submitted by plaintiff American Zurich Insurance Company ("Zurich"), and defendants St. Paul Fire and Marine Insurance Company ("St. Paul") and Travelers Property Casualty Company of America ("Travelers").

On August 13, 2015, the Court, having fully considered the Proposed Findings of Fact and Conclusion of Law and the trial briefs, as well as oral argument of counsel for Zurich, St. Paul and Travelers, filed its FINDINGS OF FACT AND CONCLUSION OF LAW (Doc. 88, attached), which is fully incorporated herein.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that**:

1. St. Paul shall have judgment entered against it and in favor of Zurich in the amount of $69,756.50. This amount represents St. Paul's equitable contribution of $59,756.50 in defense costs and $10,000.00 in indemnity to settle *Robert Molina et al. v. 3M Company et al.*, Los Angeles County Superior Court, Case No. BC463374 (the "*Molina* Action").

2. Travelers shall have judgment entered against it and in favor of Zurich in the amount of $226,164.48. This amount represents Travelers' equitable contribution of $176,164.48 in defense costs and $50,000.00 in indemnity to settle the *Molina* Action.

3. Zurich shall be awarded its costs in the sum of  $_____.

4. The amounts paid by Zurich in defense ($499,948.64) and indemnity ($70,000.00) in connection with the *Molina* Action are deemed reasonable.

/ / /

/ / /

/ / /

/ / /

5. Pursuant to the Court's Findings of Fact and Conclusions of Law, Travelers and St. Paul shall have 14 days from the date of service of this [Proposed] Judgment to file any objections. If no objections are received by the Court within 14 days, the judgment will be entered immediately and Federal Rules of Civil Procedure 52(b) will apply on entry of judgment.

Dated: August 25, 2015

Andrew J. Guilford
United States District Judge